IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. BROWN,** | : | |
| Plaintiff | : | CIVIL NO. 1:14-CV-01520 |
| vs. | : | |
| **C.O. KEMMERER, et al.,** | : | (Judge Rambo) |
| Defendants | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The order (Doc. 10) issued on August 11, 2014, construing Brown's motion for leave to proceed <u>in forma pauperis</u> as a motion for leave to proceed without full prepayment of the filing and (2) granting that motion is **VACATED** and the motion to proceed <u>in forma pauperis</u> (Doc. 2.) is **DENIED**.

2. Brown within thirty (30) days of the date hereof shall tender to the "Clerk, U.S. District Court" payment in the amount of $390.53, which represents the balance of the $350.00 statutory filing fee, and a $50.00 Administrative Fee.

3. If Brown fails to comply with paragraph 2, the Court will dismiss amended complaint without prejudice and the Clerk of Court will be directed to close the above-captioned case.

4. Pending the submission of the balance of the filing fee and the administrative fee, proceedings in this case are stayed.

5. The Clerk of Court shall inform Magistrate Judge Arbuckle of the entry of this order.

                                          s/Sylvia Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge

January 3, 2017