IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH A. BROWN, | : | |
| Plaintiff | : | CIVIL NO. 1:14-CV-01520 |
| vs. | : | |
| C.O. KEMMERER, et al., | : | (Judge Rambo) |
| Defendants | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Brown's motion for extension of time (Doc. 100) is **DENIED.**

2. Brown's amended complaint is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g).

3. The Clerk of Court shall **CLOSE** the above-captioned cases.

4. Any appeals from this order will be deemed

frivolous, not taken in good faith and lacking probable cause.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

February 16, 2017